

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

**FILED**

2008 JUL -9 A 9 47

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,               No. **CR - 08 - 00445- MAG**

      Plaintiff,                            VIOLATION: Title 18, United States Code
                                            Section 1028(a)(4) – Possession of an
      v.                                    Identification Document with the Intent to
                                            Defraud the United States (Class A
ROBERT WAYNE MCMARTIN,                  Misdemeanor)
a/k/a Charles Bernie Kaiser,

      Defendant.                            SAN JOSE VENUE

## INFORMATION

The United States Attorney charges:

On or about January 2, 2004, in the Northern District of California, the defendant,

**ROBERT WAYNE MCMARTIN,**
a/k/a Charles Bernie Kaiser,

did knowingly possess an identification document other than one issued lawfully for the use of

the possessor, namely a fictitious United States passport in the name of Charles Bernie Kaiser,

with the intent that such document be used to defraud the United States, in violation of Title

//

1   18, United States Code, Section 1028(a)(4), a Class A misdemeanor.

2

3   DATED: 5/31/2008

4                                       JOSEPH P. RUSSONIELLO
                                        United States Attorney
5

6

7                                       DAVID R. CALLAWAY
                                        Deputy Chief, San Jose Branch Office
8

9   (Approved as to form:                                    )
                            ELISABETH OPPENHEIMER
10                          Law Clerk

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  INFORMATION

28                                  2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

| Name of District Court, and/or Judge/Magistrate Location |
|---|
| NORTHERN DISTRICT OF CALIFORNIA |

### OFFENSE CHARGED

Title 18, U.S.C. § 1028(a)(4) - Fraud and related activity in connection with identification documents, authentication features, and information

☐ Petty
☐ Minor
☑ Misde-meanor
☐ Felony

*E-FILING*

PENALTY:
1 year imprisonment, $100,000 fine, 1 year supervised release, $25 special assessment

— DEFENDANT - U.S.

▶ Robert Wayne McManis aka Walter Bernie Kaiser

DISTRICT COURT NUMBER

## CR - 08  00445 - MAG

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)

Department of State Diplomatic Security Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM        **JOSEPH P. RUSSONIELLO**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)     Susan Knight

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges      ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No      If "Yes" give date filed

**DATE OF ARREST** ▶      Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶      Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT      Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: