JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

ELISABETH OPPENHEIMER
Law Clerk

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov
   Elisabeth.Oppenheimer@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT WAYNE MCMARTIN, ) <br> a/k/a Charles Bernie Kaiser, ) <br> ) <br> Defendant. ) <br> ) | No. CR 08-00445 HRL <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT <br><br> SAN JOSE VENUE |

     On July 17, 2008, the undersigned parties appeared before the Court for an arraignment. Bernard J. Vogel Jr., Esq., appeared on behalf of the defendant. The parties then requested that a status hearing be scheduled for August 11, 2008, in order to afford Mr. Vogel an opportunity to review the case and consult with the defendant about a possible disposition.

The defendant, through Mr. Vogel, agreed to waive time under the Speedy Trial Act from July 17, 2008 to August 11, 2008. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:                                    JOSEPH P. RUSSONIELLO
                                                  United States Attorney

DATED: 7/30/08                                    _____/s/_____
                                                  SUSAN KNIGHT
                                                  Assistant United States Attorney

DATED: 7/30/08                                    _____/s/_____
                                                  BERNARD J. VOGEL, JR.
                                                  Counsel for Mr. McMartin a/k/a Kaiser

     Accordingly, the Court HEREBY ORDERS that a status hearing is set for August 11, 2008 at 9:30 a.m. For good cause shown, the Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from July 17, 2008 through August 11, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED:_____                              _____
                                                  HOWARD R. LLOYD
                                                  United States Magistrate Judge