1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
   150 Almaden Blvd., Suite 900
6  San Jose, California 95113
   Telephone:  (408) 535-5056
7  FAX: (408) 535-5066
   Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,           ) No. CR 08-000445 HRL
                                         )
14 |      Plaintiff,                     )
                                         ) STIPULATION AND [PROPOSED]
15 |      v.                             ) ORDER CONTINUING CHANGE OF
                                         ) PLEA DATE AND EXCLUDING TIME
16 | ROBERT WAYNE MCMARTIN,              ) UNDER THE SPEEDY TRIAL ACT
        a/k/a Charles Bernie Kaiser,     )
17                                       )
                                         )
18 |      Defendant.                     ) SAN JOSE VENUE
                                         )
19 |_____)

20

21     The undersigned parties respectfully request that the change of plea hearing scheduled for

22 August 11, 2008 at 9:30 a.m. be continued to September 25, 2008 at 1:30 p.m.  The reason for

23 the continuance is to afford defense counsel Bernard Vogel additional time to complete his

24 investigation and review a proposed disposition offered by the government.  In addition, the

25 parties agree and stipulate that a waiver of time under the Speedy Trial Act from August 11, 2008

26 to September 25, 2008 is appropriate.  The parties agree and stipulate that an exclusion of time is

27 appropriate based on the defendant's need for effective preparation of counsel.

28 //

| | | |
|---|---|---|
| 1 | SO STIPULATED: | JOSEPH P. RUSSONIELLO |
| 2 | | United States Attorney |
| 3 | DATED: 8/6/08 | _____/s/_____ |
| 4 | | SUSAN KNIGHT<br>Assistant United States Attorney |

DATED: 8/6/08          _____/s/_____
                      BERNARD J. VOGEL, JR.
                      Counsel for Mr. Kaiser

Accordingly, the Court HEREBY ORDERS that the change of plea hearing is continued to September 25, 2008 at 1:30 p.m.

For good cause shown, the Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from August 11, 2008 to September 25, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED:_____          _____
                              HOWARD R. LLOYD
                              United States Magistrate Judge