JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

RECEIVED AUG 0 7 2008

E-FILED

FILED
AUG - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT WAYNE MCMARTIN,<br>  a/k/a Charles Bernie Kaiser,<br><br>  Defendant. | No. CR 08-000445 HRL<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING CHANGE OF<br>PLEA DATE AND EXCLUDING TIME<br>UNDER THE SPEEDY TRIAL ACT<br><br>SAN JOSE VENUE |

The undersigned parties respectfully request that the change of plea hearing scheduled for August 11, 2008 at 9:30 a.m. be continued to September 25, 2008 at 1:30 p.m. The reason for the continuance is to afford defense counsel Bernard Vogel additional time to complete his investigation and review a proposed disposition offered by the government. In addition, the parties agree and stipulate that a waiver of time under the Speedy Trial Act from August 11, 2008 to September 25, 2008 is appropriate. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

//

SO STIPULATED:          JOSEPH P. RUSSONIELLO
                        United States Attorney

DATED: 8/6/08                    /s/
                        ―――――――――――――――――――――
                        SUSAN KNIGHT
                        Assistant United States Attorney

DATED: 8/6/08                    /s/
                        ―――――――――――――――――――――
                        BERNARD J. VOGEL, JR.
                        Counsel for Mr. Kaiser

Accordingly, the Court HEREBY ORDERS that the change of plea hearing is continued to September 25, 2008 at 1:30 p.m.

For good cause shown, the Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from August 11, 2008 to September 25, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 8/7/08

                        ―――――――――――――――――――――
                        HOWARD R. LLOYD
                        United States Magistrate Judge