JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    FAX: (408) 535-5066
    Susan.Knight@usdoj.gov

Attorneys for Plaintiff

FILED

SEP 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT WAYNE MCMARTIN, ) <br>    a/k/a Charles Bernie Kaiser ) <br> ) <br> Defendant. ) | Case No. CR 08-00445 HRL <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

    The undersigned parties respectfully request that the change of plea hearing scheduled for September 25, 2008 at 1:30 p.m. be continued to October 2, 2008 at 9:30 a.m. The reason for the continuance is to afford defendant additional time to review a proposed disposition offered by the government and for defense counsel to complete his investigation of the case. In addition, the parties agree and stipulate that a waiver of time under the Speedy Trial Act from September 25, 2008 to October 2, 2008 is appropriate. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of defense counsel.

//

//

STIPULATION AND [PROPOSED] ORDER
No. CR 08-0445 HRL

| | | |
|---|---|---|
| 1 | SO STIPULATED: | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 2 | Dated: 9/22/08 | /s/ |
| 3 | | SUSAN KNIGHT<br>Assistant United States Attorney |
| 4 | Dated: 9/24/08 | /s/ |
| 5 | | BERNARD J. VOGEL, JR.<br>Attorney for Defendant |

Accordingly, the Court HEREBY ORDERS that the change of plea hearing is continued to October 2, 2008 at 9:30 A.M.

For good cause shown, the Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from September 25, 2008 to October 2, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defendant reasonable time necessary to reach a satisfactory plea agreement and would thus result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(i).

SO ORDERED.

DATED: 9/25/08

HOWARD R. LLOYD
United States Magistrate Judge