RECEIVED
2009 JAN 22 PM 2: 26
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

FILED
JAN 29 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED SATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | USDC Case Number<br>CR-08-00445-001 HRL |
| v. | BOP Case Number<br>DCAN508CR000445-00111 |
| ROBERT WAYNE McMARTIN<br>a/k/a Charles Bernie Kaiser | STIPULATION AND AMENDMENT<br>TO JUDGMENT IN A<br>CRIMINAL CASE |

The undersigned, SUSAN KNIGHT, Assistant United States Attorney and BERNARD VOGEL, counsel for defendant, hereby stipulate and request that the Court amend the Judgment of January 8, 2009 on page 2, item 1 of Standard Conditions as follows:

Defendant may, without permission of the probation officer, leave the judicial district each Thursday through Monday to travel to and stay at his ranch located at 14401 Indiana School Road, Dobbins, California, 95935.

DATED: January 22, 2009

_____
SUSAN KNIGHT
Assistant U. S. Attorney

_____
BERNARD VOGEL
Counsel for Defendant

ORDER

Pursuant to the above stipulation and the Court being satisfied with the conditions set forth therein, the above stipulation and amendment to order is hereby approved and ordered.

DATED: January 29, 2009

_____
HONORABLE HOWARD R. LLOYD
U. S. Magistrate Judge